IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVAN P. GILBERTSON,                                         CV 08-6268-MA

       Plaintiff,                                          JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.

    Based on the record and the Opinion and order filed herewith, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and this matter is REMANDED for an immediate award of benefits to the plaintiff.

    DATED this __22__ day of October, 2009.

                                    /s/ Malcolm F. Marsh
                                    Malcolm F. Marsh
                                    United States District Judge

1 - JUDGMENT