FILED'09 NOV 03 13:17 USDC-ORP

Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **EVAN P. GILBERTSON,** | Civil No. 08-6268-MA |
| Plaintiff, | |
| vs. | **ORDER REGARDING ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT** |
| **MICHAEL J. ASTRUE,** Commissioner, Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social Security Act, it is hereby

ORDERED that:

1 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT

Counsel is granted 60 days subsequent to Plaintiff's receiving notification of past-due benefits to prepare and submit a request specifying the amount of attorney fees under the Social Security Act.

IT IS SO ORDERED this day of _November 3_, 2009.

*Malcolm F. Marsh*
U.S. District Judge

PRESENTED BY:

/s/ DREW L. JOHNSON
Drew L. Johnson, Of Attorneys for Plaintiff

2 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT