Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'09 NOV 09 14:11 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**EVAN P. GILBERTSON,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. CV 08-6268-MA

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $4233.03 for full settlement of all claims for fees under EAJA.

IT IS SO ORDERED this day of November __9__, 2009

                              */s/ Malcolm F. Marsh*
                              U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA